IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ASHAYLA KENNY,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 1:10-CV-03909 ) RLV |
| **THE MOREHOUSE SCHOOL OF MEDICINE, INC.,** | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ashayla Kenny ("Plaintiff") and Defendant The Morehouse School of Medicine, Inc. ("Defendant") (collectively, the "Parties") agree that they have reached a fair and equitable settlement and seek to jointly dismiss this action with prejudice.

On November 30, 2010 Plaintiff, filed an action against Defendant alleging a violation of the overtime laws under the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq. ("FLSA").  Magistrate Judge Susan S. Cole mediated the parties' dispute on two occasions (March 21, 2011 and again on April 25, 2011), reviewed the terms of the Parties' Settlement Agreement and Release at the conclusion of the second mediation and confirmed that the Parties' agreement is a fair and equitable

resolution of Plaintiff's FLSA claims sought to be resolved by that agreement and dismissed with prejudice in this lawsuit.  Subsequently, the Parties executed the Settlement Agreement and Release resulting in a mutual release of all claims, including claims under the FLSA.

WHEREFORE, the Parties request the Court dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs except as otherwise set out in the Settlement Agreement and Release.

Respectfully submitted this 9th day of May, 2011.

| | |
|---|---|
| /s/C. Andrew Head | s/Dionysia Johnson-Massie, Esq. |
| C. Andrew Head | Dionysia Johnson-Massie |
| Georgia Bar No. 341472 | Georgia Bar No.  393323 |
| FRIED & BONDER, LLC | Lisa A. Schreter |
| White Provision, Suite 305 | Georgia Bar No. 629852 |
| 1170 Howell Mill Rd NW | Christopher J. Harris |
| Atlanta, GA 30318 | Georgia Bar No. 288309 |
| Phone: (404) 995-8808 | LITTLER MENDELSON, P.C. |
| Fax: (404) 995-8899 | 3344 Peachtree Road N.E. |
| Email: ahead@friedbonder.com | Suite 1500 |
| | Atlanta, Georgia 30326 |
| Attorneys for Plaintiff | Phone: (404) 233-0330 |
| | Fax: (404) 233-2361 |
| | Email:  djmassie@littler.com |
| | Email:  lschreter@littler.com |
| | Email:  cjharris@littler.com |
| | |
| | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ASHAYLA KENNY,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**THE MOREHOUSE SCHOOL OF** )<br>**MEDICINE, INC.,** )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 1:10-CV-03909 RLV |

### **[PROPOSED] ORDER**

Having read and considered the Parties' Joint Stipulation of Dismissal with Prejudice, the Court hereby GRANTS the Parties' Joint Stipulation of Dismissal with Prejudice. This Court also approves the Settlement Agreement and Release as reviewed and approved by Magistrate Judge Susan S. Cole.

**SO ORDERED**, this ___ day of _____, 2011.

_____
HONORABLE ROBERT L. VINING, JR.
UNITED STATES DISTRICT COURT JUDGE